# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:16-cr-00437-CAP-JFK
## USA v. Robinson et al
## Honorable Charles A. Pannell, Jr.

Minute Sheet for proceedings held In Open Court on 09/27/2018.

TIME COURT COMMENCED: 11:00 A.M.
TIME COURT CONCLUDED: 11:46 A.M.        COURT REPORTER: Wynette Blathers
TIME IN COURT: 00:46                    DEPUTY CLERK: Don Stanhope
OFFICE LOCATION: Atlanta

| | |
|---|---|
| DEFENDANT(S): | [2]Jerome McRoy Present at proceedings |
| ATTORNEY(S) PRESENT: | Steven Berne representing Jerome McRoy<br>Phyllis Clerk representing USA<br>Libby Davis representing USA |
| PROCEEDING CATEGORY: | Sentencing Hearing(Sentencing Hearing Non-evidentiary); |
| MINUTE TEXT: | The court heard objections to paragraph 31, 37 - defense counsel withdrew #31 and the government concurred with #36, the court adopted and approved the PSR and made it the findings of the court(O.L.-31 C.H.-1 108-135 Months). The court will follow with the joint recommendation of 120 month custodial sentence. Defense counsel requested 1) Minneapolis, MN designation 2) RDAP program in BOP 3) Concurrent sentence to any State sentence. The government recommended 20 years supervised release, and a short delay entering the J+C in order for the parties to come up with a restitution amount. The court imposed sentence - CBOP - 120 MONTHS as to count three of the superseding indictment. Special Assessment - $100.00. Supervised Release - 20 YEARS as to count three of the superseding indictment, with standard and special conditions of supervision. Appeal rights given. The court ordered immediate voluntary surrender. |

Case 1:16-cr-00437-CAP-JFK     Document 103     Filed 09/27/18     Page 2 of 2