Honarable Judge charles A. Pannell JR

im writing again To Ask is there Anythin
i Can Do To help my Case through
You Just in Case things Dont go as sho
your honar i have a plan and goals for
when i Do get out sir i plan on getting
married having children of my own i Jus
want a second chance, what exactly Do
i need To Do To get a Chance. Are
what form Do you need. please get
Back To me Soon Thank you

Camishia Robinson

# 20981041

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

AUG 24 2020

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

AUg 20 2020

FOREVER USA

NORTH TEXAS TX PMDC
DALLAS TX 750
21 AUG 2020 PM 5 L

Name Camishia Robinson
Reg. No. 2024B1041
Federal Medical Center, Carswell
P.O. Box 27137
Ft. Worth, TX 76127

United States District Court
Northern District of Georgia
Judge Charles A. Pannell, JR
2367 United States Courthouse
75 Ted Turner Drive, SW
ATL, ga 30303

CLEARED
AUG 24 2020
U.S. Marshals
Atlanta, GA

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta
AUG 24 2020
JAMES N. HATTEN, Clerk
By: Deputy Clerk